BERKES CRANE ROBINSON & SEAL LLP
Steven M. Crane (SBN 108930)
  scrane@bcrslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:   (213) 955-1150
Facsimile:   (213) 955-1155

Attorneys for Plaintiff
RLI INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>         v.<br><br>ACE AMERICAN INSURANCE COMPANY; ROSSDRULISCUSENBERY ARCHITECTURE, INC.,<br><br>              Defendants.<br><br>ROSSDRULISCUSENBERY ARCHITECTURE, INC.,<br><br>              Cross-Complainant,<br><br>         v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>              Cross-Defendant. | CASE No. 3:19-cv-04180-WHO<br><br>Assigned to: Judge William H. Orrick<br><br>**STIPULATION TO DISMISS PURSUANT TO F.C.R.P. 41**<br><br>Date Filed: 07/19/2019 |

The Parties to this action hereby stipulate that the entire action, including cross-complaints, be and is dismissed with prejudice, each Party to bear its own fees, costs and expenses.

/ / /

/ / /

/ / /

1  DATED: December 12, 2024         BERKES CRANE ROBINSON & SEAL LLP

2

3                                   By:   */s/ Steven M. Crane*
                                          STEVEN M. CRANE
4                                         Attorneys for Plaintiff
                                          RLI INSURANCE COMPANY
5

6  DATED: December 12, 2024         LONDON FISCHER LLP

7

8                                   By:   */s/ Nina Hawkinson*
                                          NINA HAWKINSON
9                                         Attorneys for Defendant/Cross-Defendant
                                          ACE AMERICAN INSURANCE COMPANY
10

11

12 DATED: December 12, 2024         FARELLA BRAUN + MARTELL LLP

13

14                                  By:   */s/ Shanti Eagle*
                                          SHANTI EAGLE
15                                        TYLER C. GERKING
                                          Attorneys for Defendant/Cross-Claimant
16                                        ROSSDRULISCUSENBERY ARCHITECTURE,
                                          INC.
17